**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jemal Walter WILLIAMS, Defendant—
Appellant.**

**No. 06–6035.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 5, 2006.

Jemal Walter Williams, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jemal Walter Williams appeals the district court's order denying his motion to modify his term of imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Williams,* No. CR–94–210–7 (D.S.C. Dec. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*